1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   RAUL HERNANDEZ,                    )   CASE NO. CV 13-3718-R (PJW)
                                        )
11                    Petitioner,       )   ORDER ACCEPTING REPORT AND
                                        )   ADOPTING FINDINGS, CONCLUSIONS,
12           v.                         )   AND RECOMMENDATIONS OF UNITED
                                        )   STATES MAGISTRATE JUDGE, AND
13   J. BEARD, SECRETARY, CDCR,         )   DENYING CERTIFICATE OF
                                        )   APPEALABILITY
14                    Respondent.       )
     _____)

15

16        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17   Petition, records on file, and the Report and Recommendation of the

18   United States Magistrate Judge.  Further, the Court has engaged in a

19   *de novo* review of those portions of the Report to which Petitioner has

20   objected.  The Court accepts the Report and adopts the findings,

21   conclusions, and recommendations of the Magistrate Judge.

22        Further, for the reasons stated in the Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and

25   therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

26

27

28

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2  322, 336 (2003).

3

4  DATED:    December 7, 2015.

5

6
                                    _____
7                                   MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\Users\dluengo\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\KZ6PYHNV\hernandez

1   order.wpd
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28